# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| AVERY TALMADGE, | : | No. 5 EAP 2017 |
| | : | |
| Appellant | : | Appeal from the Order of Commonwealth |
| | : | Court dated October 6, 2006 entered on |
| v. | : | October 19, 2016 at No. 550 MD 2016 |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Appellee | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 7th day of April, 2017, the Notice of Appeal is quashed.